UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
<u>COURT MINUTES</u>

| | |
|---|---|
| CHAPTER | 13 |
| DATE: | July 21, 2015 |
| JUDGE: | Margaret Dee McGarity |
| CASE NO.: | 10-32153-MDM |
| DEBTOR: | Korey Carlsen |
| NATURE OF HEARING: | Preliminary hearing on the trustee's objection to confirmation of the amended plan. |
| APPEARANCES: | Sandra Baner for the Chapter 13 Trustee |
| | Pieremario Bertolotto, Attorney for Debtor |
| COURTROOM DEPUTY: | Carolyn A. Belunas |
| TIME: | 1:56 - 2:03 pm |

Mr. Bertolotto asserted that his client wishes to go forward with the amended plan filed on June 11, 2015.

The parties agreed to schedule an evidentiary hearing on September 1, 2015, at 1:15 pm, in Courtroom 150 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin. If this matter is resolved the parties should notify the court.